UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHERAH'S BRIDAL SHOP, LLC AND CIVIL ACTION
HWY 16 PROPERTIES, LLC

VERSUS

LIBERTY MUTUAL INSURANCE NO. 22-00813-BAJ-EWD
COMPANY, ET AL.

## RULING AND ORDER

This is an insurance policy dispute. Plaintiffs are limited liability companies domiciled in Livingston Parish, Louisiana who allege they sustained damage during Hurricane Ida. (*See* Doc. 1-2 at p. 6). On or about August 28, 2022, Plaintiffs filed suit against Defendants in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, alleging, *inter alia*, that Defendants "grossly underreported" the damage to Plaintiffs' property. (*See id.* at pp. 6–7). On October 19, 2022, Defendants removed the suit to this Court, asserting diversity jurisdiction. (Doc. 1). On November 29, 2022, Plaintiffs' Counsel was terminated as counsel of record for failure to comply with Local Rule 83(b)(5), which requires every attorney who is admitted to practice before this Court to pay annual fees. (Doc. 11). Plaintiffs' Counsel was ordered to file a motion to enroll upon his compliance with the Court's Local Rule. (*See id.*). He failed to do so. Consequently, on February 27, 2023, the Court ordered Plaintiffs to enroll counsel of record by April 28, 2023. (Doc. 18).[1] The Court also cautioned Plaintiffs

---

[1] Limited liability companies such as Plaintiffs may only prosecute their claims in this Court through a duly licensed and admitted attorney. *See Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004).

Sherah's Bridal Shop, LLC Certified Return Receipt Requested No. 7020 0640 0001 4750 7221
Highway 16 Properties, LLC Certified Return Receipt Requested No. 7020 0640 0001 4750 7214

that failure to abide by its order may result in dismissal of this suit without further notice. (*See id.*). Nonetheless, Plaintiffs have failed to comply.

The Magistrate Judge has now issued a **Report and Recommendation (Doc. 21, the "R&R")**, which recommends that Plaintiffs' suit be dismissed without prejudice due to Plaintiffs' failure to comply with the Court's order, pursuant to Federal Rule of Civil Procedure 41(b). (*See* Doc. 21 at p. 5). The R&R further recommends that Plaintiffs' suit be reinstated if, within 30 days of dismissal, Plaintiffs show good cause for their prior failure to comply *through an attorney who is admitted to practice before this Court and enrolled in the case.* (*See id.*). Plaintiffs' deadline to object to the R&R has passed without any objection from Plaintiffs.

Having carefully considered Plaintiffs' Complaint, Defendants' Notice of Removal, and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiffs' suit be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that within 30 days of dismissal Plaintiffs' may move the Court to reinstate their suit upon a showing of good cause for their failure to comply with the Court's prior orders. Such motion must be filed by an attorney who is admitted to practice before this Court and enrolled in the case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall transmit this Ruling and Order and the Final Judgment to Plaintiffs Sherah's Bridal Shop, LLC and Hwy 16 Properties, LLC via regular and certified mail, return receipt requested, at the following address: 31899 Hwy 16, Ste. E, Denham Springs, Louisiana 70726.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 14th day of June, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**